IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CAITLIN M. KAST,<br><br>            Plaintiff,<br><br>vs.<br><br>MISSOULA POLICE DEPARTMENT OFFICER PATRICK ERBACHER, and THE CITY OF MISSOULA,<br><br>            Defendants. | CV 23-27-M-KLD<br><br><br>ORDER |

The parties have jointly filed a Stipulation for Dismissal with Prejudice. (Doc. 25). Accordingly, and good cause appearing,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its owns costs and fees.

IT IS FURTHER ORDERED that all deadlines are VACATED and the jury trial scheduled for September 23, 2024, is VACATED.

DATED this 22nd day of September, 2023.

Kathleen L. DeSoto
United States Magistrate Judge